Matter of Pastor (2023 NY Slip Op 04907)

Matter of Pastor

2023 NY Slip Op 04907

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (292/23) CA 22-00199.

[*1]IN THE MATTER OF THE ACCOUNTING BY CHERYL M. PASTOR, AS EXECUTOR OF THE ESTATE OF JOHN W. MORRISON, DECEASED, PETITIONER-RESPONDENT. IN THE MATTER OF THE ACCOUNTING BY CHERYL M. PASTOR, AS EXECUTOR OF THE JOHN W. MORRISON RESIDUARY TRUST, PETITIONER-RESPONDENT; DYANNA M. WHITE, OBJECTANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for renewal denied.